*63 ORDER
PER CURIAM:
On November 14, 2001, the Court granted the Secretary’s motion for reconsideration, but reaffirmed its October 6, 2000, opinion, and issued a new opinion that contained additional analysis. On December 17, 2001, the Secretary renewed his motion for a full Court decision, which was contained in the November 13, 2000, motion for reconsideration.
Motions for a full Court decision are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court’s decisions or to resolve a question of exceptional importance. In this appeal, the Secretary has not shown that either basis exists to warrant a full Court decision.
Upon consideration of the foregoing, the record on appeal, and the Secretary’s motion for a full Court decision, it is
ORDERED that the motion for a full Court decision is denied.